U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Mitchell Rosin<br><br>v.<br><br>Larry Trent, et. al. | Case Number:<br>FILED: JUNE 20, 2008<br>08CV3541<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE MASON<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mitchell Rosin

| |
|---|
| NAME (Type or print)<br>Thomas Peters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas Peters |
| FIRM |
| STREET ADDRESS<br>407 S. Dearborn St., Suite 1675 |
| CITY/STATE/ZIP<br>Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02183587 | TELEPHONE NUMBER<br>(312) 697-0022 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐