WESTCHESTER COUNTY PROBATION DEPARTMENT
COMPREHENSIVE INTERVENTION UNIT (CIU)

### Special Orders and Conditions of Probation: Sex Offenders

I. Treatment

1. You shall undergo and pay for a psychological/psychiatric evaluation, including a psycho-sexual evaluation.

2. You shall participate in and successfully complete a sex offender treatment program, approved by the Probation Department.

3. You shall sign a specified treatment contract approved by the Probation Department.

II. Victim Contact

4. You shall not have any direct or indirect contact or communications with the victim of your sexual offense unless given prior permission by the Probation Department and your sex offender therapist. For purposes of this condition, direct or indirect contact or communications shall include, but not be limited to, physical contact, visual contact, written communications, telephone or facsimile communications, e-mail, or any of the above contact through a third party.

5. You shall pay restitution and reparation for the costs of the victim's mental health expenses in the amount of $_____. Said restitution and reparation shall be remitted to the Probation Department in the following manner:

    $_____ per _____ for _____ years; or

    $_____ in one lump sum to be paid by _____.

6. You shall submit to a ~~penile plethysmograph~~ and/or polygraphy to assist in treatment, planning and/or monitoring.

7. You shall sign a waiver of confidentiality to allow contact between the Probation Department and the victim's therapist.

II. Driving and Travel

8. You shall not hitchhike or pick up hitchhikers.

9. When given authorization to visit another jurisdiction you will present a travel letter and permit, given to you by your Probation Officer, to the local police department, have it signed, and return it to your Probation Officer. Travel will only occur under the restriction of the Probation Department's travel policy.

*[Handwritten annotation at top: "residing in ??? which has sex abuser / with probation dept / Division / Capable of enforce these conditions or ?"]*

### IV. Residence (Daily Living)

10. You shall reside in Westchester County unless otherwise authorized by the court or the Probation Department. You will provide the Probation Department with the address at which you will reside during the period of your probation. The Probation Department must approve that address, which approval will be denied only for sufficient cause. You shall provide the Probation Department with written notice at least 14 days in advance of any change in your address during the period of your probation. You may not change your address without the approval of the Probation Department, which approval will be denied only for sufficient cause. If the Probation Department does not approve your address, you may apply to the court for permission to reside at that address but you may not use that address unless and until court permission is obtained.

### V. Family Contact

11. You shall not reside in the same residence where persons under 18 years of age reside without the approval of the Probation Department.

### VI. Social/Sexual Behavior

12. You shall not engage in sexual contact or activity with anyone under 18 years of age.

13. You will not be alone with any child under 18 years of age unless an adult is present who is aware of your history of sexually offending behavior and has been approved as a chaperone by the Probation Department.

14. You shall not expose the private or intimate parts of your body in a lewd manner or commit any other lewd act in a public place or on private premises where you may be readily observed by others. You shall not appear in a public place in such a manner that the private or intimate parts of your body are unclothed or exposed.

15. You shall not linger, loiter, nor spend time at locations where persons under 18 years of age are likely to be present, including but not limited to: parks, playgrounds, schools, arcades, malls, beaches and pools.

16. You shall not associate with or have any contact with convicted sex offenders unless in a sex offender therapy group.

17. You shall not have any contact, written or otherwise, with persons, groups, clubs, associations, etc. that engage in, promote or encourage illegal or sexually deviate behavior.

18. You shall not enter, frequent or patronize stores which primarily engage in the business of selling books, magazines, or other materials that depict or appear to depict nudity, or actual or simulated sexual conduct of any kind, i.e. adult bookstores. You shall not purchase, possess or view books, magazines, videotapes, films or other materials which depict or appear to depict nudity, or actual or simulated sexual conduct of any kind.

19. You shall not call any sexually explicit telephone services and shall submit copies of your telephone bills to the Probation Department upon request.

20. You shall not participate in any on-line computer service that involves the exchange of pornographic electronic messages or establishes sexual encounter liaisons. You shall submit copies of all credit card bills in you name and/or alias as requested by the Probation Department.

## VII. Work/Paid or Volunteer

21. Your employment and/or volunteer work must be approved by the Probation Department and you shall give no cause for dismissal.

22. You shall support your dependents even if required to live separate and apart from your family. If applicable, you shall make timely payments of any and all child support obligations which you are required to pay, as well as timely payments of any and all other support obligations to your dependents.

## VIII. Alcohol/Drug

23. You shall not purchase, possess or consume alcoholic beverages or alcoholic products. You shall submit to alcosensor/urinalysis testing as requested by the Probation Department.

24. You shall not abuse prescription or over the counter drugs. You shall submit to alcosensor/urinalysis testing as requested by the Probation Department.

25. You shall not purchase, possess or use illegal and/or regulated substances. You shall submit to alcosensor/urinalysis testing as requested by the Probation Department.

## IX. Search/Seizure

26. You are required to permit a Probation Officer to conduct searches of your person, your place of abode, or other real or personal property within your control, including your vehicle.

## X. Disclosure

27. You shall sign a release authorizing disclosure of your conviction/adjudication and information regarding your participation in any and all treatment programs required to be attended pursuant to this Order to the Court, the Department of Probation, and therapist or any other agency authorized by the court.

28. You shall sign a release authorizing disclosure of your conviction/ adjudication to the police department where you reside, visit and work.

29. You shall be required to comply with the provisions of the Sex Offender Registration Act, including, but not limited to the duty to register as a sex offender with the New York State Division of Criminal Justice Services and the duty to register with the New York State Division of Criminal Justice Services and notify the law enforcement agency where you reside within ten days prior to any change of address.

30. You shall be required to comply with the drawing of a blood sample for the DNA Index as required by the New York State Executive Law Article 49B Section 995c Sub. 3.

_____11/29/01_____        _____
         Date                              Judge

I have received a copy of this
Order of Probation.

_____
         Defendant

____11/29/01____
         Date

These conditions have been read and reviewed with me. I understand them and agree to abide by them.

_____
         Probationer

_____
         Date

Mod. 5/6/99

2110-992

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MITCHELL ROSIN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **LARRY TRENT**, Director, Office of | ) No. 08 C 3541 |
| Governmental Affairs, State Police, | ) |
| **TRACY NEWTON**, Supervisor, Sex | ) Honorable Judge Der-Yeghiayan |
| Offender Registration, Illinois State | ) |
| Police, | ) Magistrate Judge Mason |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   James Allen Lang
      100 W. Randolph St.
      13th Floor
      Chicago, IL 60601

   PLEASE TAKE NOTICE that on July 17, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***EXHIBIT***, copies of which are attached.

                                   S/ Kevin Peters
                                   KEVIN PETERS
                                   ATTORNEY FOR PLAINTIFF
                                   407 S. Dearborn, Suite 1675
                                   Chicago, IL 60605
                                   312-697-0022

**CERTIFICATE OF SERVICE**

    I CERTIFY that I have electronically delivered a copy of this Notice to Counsel for the Defendants at the address set forth above.

    DATED at Chicago, Illinois, July, 17, 2008.

                                                            S/ Kevin Peters
                                                            Kevin Peters