UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MITCHELL ROSIN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08-cv-3541 |
| | ) | |
| v. | ) | Hon. Judge Der-Yeghiayan |
| | ) | |
| **LARRY TRENT,** *et al.* | ) | Hon. Magistrate Judge Mason |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR MORE DEFINITE STATEMENT**

Defendants, Larry Trent and Tracy Newton, by their attorney, LISA MADIGAN, Illinois Attorney General, move for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, stating as follows:

1. Plaintiff alleges that Defendants established a "policy" which required Plaintiff to register as a sex offender in the State of Illinois.

2. Registration of sex offenders in Illinois is required by statute, 730 ILCS 150/1, *et seq.*, the Sex Offender Registration Act.

3. Said Act requires registration by individuals in certain classes which are enumerated in 730 ILCS 150/2.

4. Plaintiff's Complaint states only that he was charged with a sex offense (Complaint ¶9) and entered a plea of guilty to a misdemeanor offense (Complaint ¶10), but fails to state with specificity the offense to which he pled guilty.

5.  In order to determine whether Plaintiff's requirement to register is the result of a policy of Defendants or a requirement of Illinois law, it is necessary to know the details of the crime to which Plaintiff pled guilty.

6.  This motion has not been filed to circumvent discovery but only to clarify the claim made by Plaintiff in order to allow Defendants to accurately file a responsive pleading.

WHEREFORE, Defendants move this Court to order Plaintiff to provide a more definite statement detailing the offense to which Plaintiff pled guilty, and for such further relief as is just and equitable.

| | |
|---|---|
| **LISA MADIGAN** <br> **Illinois Attorney General** | **Respectfully Submitted:** <br> **s/JAMES A. LANG** <br> **IL Bar 06211100** <br> **Assistant Attorney General** <br> **General Law Bureau** <br> **100 W Randolph St, 13th FL** <br> **Chicago IL  60601** <br> **Phone:      (312) 814-5694** <br> **Fax:           (312) 814-4425** <br> **jlang@atg.state.il.us** |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 23, 2008, upon the individuals identified below in the manner indicated.

KEVIN PETERS
ATTORNEY AT LAW
407 S DEARBORN ST STE 1675
CHICAGO IL  60605-1144

By CM/ECF