**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MITCHELL ROSIN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08-cv-3541 |
| | ) | |
| v. | ) | Hon. Judge Der-Yeghiayan |
| | ) | |
| **LARRY TRENT,** *et al.* | ) | Hon. Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 31, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in Courtroom 1903, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Motion for More Definite Statement**, a copy of which has been served upon you, at which time and place you may appear.

LISA MADIGAN
Illinois Attorney General

Respectfully Submitted:
s/JAMES A. LANG
IL Bar 06211100
Assistant Attorney General
General Law Bureau
100 W Randolph St, 13th FL
Chicago IL  60601
Phone:     (312) 814-5694
Fax:         (312) 814-4425
jlang@atg.state.il.us

1

## CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 23, 2008, upon the individuals identified below in the manner indicated.

KEVIN PETERS
ATTORNEY AT LAW
407 S DEARBORN ST STE 1675
CHICAGO IL  60605-1144

By CM/ECF