**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mitchell Rosin
                    Plaintiff,

v.                                    Case No.: 1:08−cv−03541
                                      Honorable Samuel Der−Yeghiayan

Larry Trent, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Plaintiff to file an amended complaint by close of business on 03/31/08. Defendants are to answer or otherwise plead to Plaintiff's amended complaint within 20 days. Defendants' motion for more definite statement [13] is denied without prejudice. Status hearing reset to 09/10/08 at 9:00 a.m. Status hearing set for 08/28/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.