**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MITCHELL ROSIN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08-cv-3541 |
| | ) | |
| v. | ) | Hon. Judge Der-Yeghiayan |
| | ) | |
| **LARRY TRENT,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in Courtroom 1903, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Motion to Dismiss**, a copy of which has been served upon you, at which time and place you may appear.

|   |   |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | Respectfully Submitted:<br>s/JAMES A. LANG<br>IL Bar 06211100<br>Assistant Attorney General<br>General Law Bureau<br>100 W Randolph St, 13th FL<br>Chicago IL  60601<br>Phone:      (312) 814-5694<br>Fax:          (312) 814-4425<br>jlang@atg.state.il.us |

1

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this August 20, 2008, upon the individuals identified below in the manner indicated.

KEVIN PETERS
ATTORNEY AT LAW
407 S DEARBORN ST STE 1675
CHICAGO IL  60605-1144

By CM/ECF