UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Mitchell Rosin
                     Plaintiff,

v.                                      Case No.: 1:08−cv−03541
                                       Honorable Samuel Der−Yeghiayan

Larry Trent, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants Larry Trent and Tracy Newton's motion to dismiss [17] is entered and continued. Plaintiff's response shall be filed by 09/12/08 and Defendants' reply shall be filed by 09/22/08. Status hearing reset to 10/23/08 at 9:00 a.m. Status hearing set for 09/10/08 is stricken. Noticed motion date of 08/27/08 is stricken as moot. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.